# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MELANIE JOHNSTON, | ) CIVIL ACTION FILE NO. |
| | ) |
| Plaintiff, | ) 4:19-CV-00126-ELR-WEJ |
| | ) |
| v. | ) |
| | ) |
| PYE CARS OF DALTON, INC. and | ) |
| LIONEL F. PYE, JR. a/k/a | ) |
| "JOHNNY PYE," | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION TO EXTEND DISCOVERY

COME NOW the parties and, pursuant to Fed. R. Civ. P. 29(b) and LR 26.2B, move for an extension of time up through and including Friday, July 17, 2020, to complete discovery in this case.

In support of its consent motion, the parties show as follows:

1.

Discovery in this case is scheduled to expire on Wednesday, July 1, 2020 [Dkt. 17].

2.

Due to the Covid-19 issue, the parties initially deferred the taking of depositions until social distancing is no longer mandated, but began taking depositions remotely via Zoom. Additional time is needed to complete a number of other remote depositions.

3.

The discovery deadline sought to be extended herein has not expired.

4.

This is the second extension which has been requested by the parties in this case.

5.

The parties do not anticipate that any further extensions will be necessary. The parties will conclude their video depositions on or before Friday, July 17, 2020.

6.

This Motion has not been presented for purposes of delay.

Accordingly, the parties request that this Court extend the deadline for completion of discovery in this matter from Wednesday, July 1, 2020 up through and including Friday, July 17, 2020.

A proposed Order is submitted with this motion.

This document was prepared using Times New Roman, 14-point font.

Respectfully submitted, this 1st day of July, 2020.

        **KERSHAW WHITE LLC**

| | |
|---|---|
| 5881 Glenridge Drive, Suite 100<br>Atlanta, Georgia 30328<br>470-443-1100 main phone<br>470-344-0992 direct phone<br>404-748-1179 fax<br><br>*jeff.kershaw@kershawwhite.com*<br>*patrick.white@kershawwhite.com* | <u>s/ R. Patrick White</u><br>**R. PATRICK WHITE**<br>Georgia Bar No. 754806<br>**JEFFREY A. KERSHAW**<br>Georgia Bar No. 159054<br><br>*Counsel for Defendants*<br>*Pye Cars of Dalton, Inc. and Lionel*<br>*F. Pye, Jr. a/k/a "Johnny Pye"* |

        **DURHAM TAYLOR LLC**

| | |
|---|---|
| 1100 Garrett Road<br>Statham, Georgia 30666<br>Telephone: (770) 235-1117<br>Facsimile: (706) 478-6797<br>*lisa@durhamtaylor.com* | <u>s/ Lisa D. Taylor</u><br>**LISA DURHAM TAYLOR**<br>Georgia Bar No. 235529<br>*(signed by R. Patrick White*<br>*with express permission)*<br>*Counsel for Plaintiff* |

        **STEMBRIDGE LAW LLC**

| | |
|---|---|
| 2951 Piedmont Road<br>Suite 300<br>Atlanta, Georgia 30305<br>(404) 604-2691<br>*john@stembridgelaw.com* | <u>s/ John T. Stembridge</u><br>**JOHN T. STEMBRIDGE**<br>Georgia Bar No. 678605<br>*(signed by R. Patrick White*<br>*with express permission)*<br>*Co-Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the Clerk of Court using the CM/ECF system which automatically sent email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Lisa D. Taylor, Esq.<br>Durham Taylor LLC<br>1100 Garrett Road<br>Statham, Georgia  30666<br>*lisa@durhamtaylor.com*<br><br>*Counsel for Plaintiff* | John T. Stembridge, Esq.<br>Stembridge Law LLC<br>2951 Piedmont Road, Suite 300<br>Atlanta, GA  30305<br>*john@stembridgelaw.com*<br><br>*Co-Counsel for Plaintiff* |

This 1st day of July, 2020.

**KERSHAW WHITE LLC**

| | |
|---|---|
| 5881 Glenridge Drive, Suite 100<br>Atlanta, Georgia 30328<br>470-443-1100 main phone<br>470-344-0992 direct phone<br>404-748-1179 fax<br><br>*jeff.kershaw@kershawwhite.com*<br>*patrick.white@kershawwhite.com* | **s/ R. Patrick White**<br>**R. PATRICK WHITE**<br>Georgia Bar No. 754806<br>**JEFFREY A. KERSHAW**<br>Georgia Bar No. 159054<br><br>*Counsel for Defendants*<br>*Pye Cars of Dalton, Inc. and Lionel*<br>*F. Pye, Jr. a/k/a "Johnny Pye"* |