### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| MELANIE JOHNSTON, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| Plaintiff, | ) | 4:19-CV-00126-ELR-WEJ |
| | ) | |
| v. | ) | |
| | ) | |
| PYE CARS OF DALTON, INC. and | ) | |
| LIONEL F. PYE, JR. a/k/a | ) | |
| "JOHNNY PYE," | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Having reviewed the Consent Motion to Extend Discovery and having found good cause therefor;

IT IS HEREBY ORDERED that the parties shall have up through and including Friday, July 17, 2020, to complete discovery in this case.

SO ORDERED, this _____ day of _____, 2020.

_____
The Honorable Walter E. Johnson
United States District Court Judge

| | |
|---|---|
| **PRESENTED BY:** | **KERSHAW WHITE LLC** |
| | |
| | s/ R. Patrick White |
| 5881 Glenridge Drive, Suite 100 | **R. PATRICK WHITE** |
| Atlanta, Georgia 30328 | Georgia Bar No. 754806 |
| 470-443-1100 main phone | **JEFFREY A. KERSHAW** |
| 470-344-0992 direct phone | Georgia Bar No. 159054 |
| 404-748-1179 fax | |
| | *Counsel for Defendants* |
| *jeff.kershaw@kershawwhite.com* | *Pye Cars of Dalton, Inc. and Lionel* |
| *patrick.white@kershawwhite.com* | *F. Pye, Jr. a/k/a "Johnny Pye"* |
| | |
| | **DURHAM TAYLOR LLC** |
| | |
| | s/ Lisa D. Taylor |
| | **LISA DURHAM TAYLOR** |
| 1100 Garrett Road | Georgia Bar No. 235529 |
| Statham, Georgia 30666 | *(signed by R. Patrick White* |
| Telephone: (770) 235-1117 | *with express permission)* |
| Facsimile: (706) 478-6797 | |
| *lisa@durhamtaylor.com* | *Counsel for Plaintiff* |
| | |
| | **STEMBRIDGE LAW LLC** |
| | |
| | s/ John T. Stembridge |
| | **JOHN T. STEMBRIDGE** |
| 2951 Piedmont Road | Georgia Bar No. 678605 |
| Suite 300 | *(signed by R. Patrick White* |
| Atlanta, Georgia 30305 | *with express permission)* |
| (404) 604-2691 | |
| *john@stembridgelaw.com* | *Co-Counsel for Plaintiff* |