Can we have the written transcript of Michael Autry's deposition?

No. You must rely on your own recollection of Mr. Autry's testimony.

5/19/21   Judge Johnson
4:40 pm