FILED IN CHAMBERS
U.S.D.C. – Rome

MAY 19 2021

JAMES N. HATTEN, Clerk

By *Kevin Britt*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| MELANIE JOHNSTON, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| Plaintiff, | ) | 4:19-CV-00126 -WEJ |
| | ) | |
| v. | ) | |
| | ) | |
| PYE CARS OF DALTON, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **VERDICT FORM**

A.    HOSTILE WORK ENVIORNMENT

Do you find that it is more likely than not:

1.        That Melanie Johnston was subjected to a hostile or abusive work environment because of her sex or gender?

Answer Yes or No **YES**

    If your answer to Question 1 is "yes," then answer Question 2. If you answered "no," stop here and answer no further questions in this section.

2.        That Defendant Pye Cars, through its management, knew, or in the exercise of reasonable care should have known, about the hostile work environment?

Answer Yes or No **Yes**

    If your answer to Question 2 is "yes," then answer Question 3. If you answered "no," stop here and answer no further questions in this section.

3.      That Defendant Pye Cars failed to take immediate and appropriate corrective action to eliminate the hostile work environment?

Answer Yes or No _Yes_

4.      If you answered "Yes" to Question 3, then you should fill in the following blanks:

(a)   What amount of Compensatory Damages should Melanie Johnston be awarded to compensate her for harms like emotional pain and mental anguish due to the hostile work environment?

$ _50,000_

(b)   Should punitive damages should be assessed against Defendant Pye Cars due to the hostile work environment?

Answer Yes or No _Yes_

If your answer is Yes, in what amount?

$ _250,000_

B.    <u>BATTERY</u>

    1.         Do you find that Greg Flower engaged in an offensive touching of Melanie Johnston?

Answer Yes or No <u>No</u>

        Proceed to the next part.

C.    <u>INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS</u>

Do you find that it is more likely than not:

    1.         That Greg Flower's conduct toward Melanie Johnston was intentional, extreme and outrageous?

Answer Yes or No <u>YES</u>

If your answer to Question 1 is "yes," then answer Question 2. If you answered "no," stop here and answer no further questions in this section.

    2.         That the conduct of Greg Flower caused Melanie Johnston severe emotional distress?

Answer Yes or No <u>YES</u>

        Proceed to the next part.

D.    <u>NEGLIGENT RETENTION</u>

Do you find that it is more likely than not:

    1.         That Defendant Pye Cars continued to employ Greg Flower when it knew or should have known he had a propensity to engage in sexual harassment and it was foreseeable that he would engage in sexual harassment, battery, or intentional infliction of emotional distress of a fellow employee?

Answer Yes or No _YES_

        If your answer to Question D.1 is "yes," then you will answer the questions in Part E, below.


E.    DAMAGES

    1.    What amount of Compensatory Damages should Melanie Johnston be awarded on her state law tort claim?

        $ _50,000_

    2.    Do you find by clear and convincing evidence that Defendant Pye Cars's actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences?

    Answer Yes or No _YES_

    3.    If your answer to Question 2 is Yes, what amount of punitive damages should Melanie Johnston be awarded on her state law tort claim?

        $ _50,000_

SO SAY WE ALL.

                                    **Foreperson**

Dated:
    _2021 05 19_