| Date | Hours | User | Description | Rate ($) | Fee |
|---|---|---|---|---|---|
| 4/17/2018 | 1.0 | Lisa Taylor | Conduct initial client intake call | $450.00 | $450.00 |
| 5/19/2018 | 1.5 | Lisa Taylor | Draft EEOC Charge | $450.00 | $675.00 |
| 5/22/2018 | 0.5 | Lisa Taylor | Revise EEOC Charge; email to client regarding review of same | $450.00 | $225.00 |
| 5/29/2018 | 0.5 | Lisa Taylor | Confer with client regarding execution of EEOC charge; facilitate filing of EEOC charge | $450.00 | $225.00 |
| 5/30/2018 | 0.4 | Lisa Taylor | Draft representation letter to EEOC and prepare charge of discrimination for filing | $450.00 | $180.00 |
| 7/9/2018 | 0.3 | Lisa Taylor | Email correspondence with counsel for Pye Auto regarding representation in relation to Johnston charge; check on status of charge with EEOC; email to EEOC; update client on status | $450.00 | $135.00 |
| 8/10/2018 | 0.7 | John Stembridge | Confer with Lisa Taylor regarding status of EEOC Charge and impact of Chandler case developments on Ms. Johnston's claims and resolution of same. | $450.00 | $315.00 |
| 8/10/2018 | 0.7 | Lisa Taylor | Strategize regarding status of EEOC Charge and impact of Chandler case developments on case; confer with John Stembridge regarding same | $450.00 | $315.00 |
| 9/13/2018 | 0.3 | Lisa Taylor | Contact EEOC via email to inquire about status of charge; draft email to client regarding same | $450.00 | $135.00 |
| 9/14/2018 | 0.1 | Lisa Taylor | Review email received from EEOC mediator regarding status of mediation invitations | $450.00 | $45.00 |
| 11/2/2018 | 0.2 | Lisa Taylor | Email correspondence with opposing counsel regarding EEOC mediation; telephone call to Steven Rosenwasser regarding same | $450.00 | $90.00 |
| 11/27/2018 | 1.4 | Lisa Taylor | Review notes and strategize regarding damages assessment; correspond with EEOC regarding possible mediation; telephone call to opposing counsel regarding possible mediation and settlement status; correspond with client via text message regarding status of case and documentation; preliminary legal research regarding potential claims | $450.00 | $630.00 |
| 11/27/2018 | 0.3 | John Stembridge | Confer with Lisa Taylor regarding damages assessment. | $450.00 | $135.00 |
| 11/29/2018 | 0.1 | Lisa Taylor | Correspond via email with opposing counsel regarding status of charge and possible mediation | $450.00 | $45.00 |
| 12/12/2018 | 0.2 | Lisa Taylor | Email correspondence and telephone calls with opposing counsel regarding status of mediation proposal | $450.00 | $90.00 |
| 12/17/2018 | 0.3 | Lisa Taylor | Review and respond to email from opposing counsel regarding status of mediation proposal and defendant's possible defenses | $450.00 | $135.00 |
| 12/28/2018 | 0.9 | Lisa Taylor | Telephone call with client regarding opposing counsel's allegations as to conduct relative to insurance vendor and alleged time card falsification; text exchanges regarding time card calculation methods; email to opposing counsel | $450.00 | $405.00 |
| 1/3/2019 | 1.1 | Lisa Taylor | Telephone call with opposing counsel regarding defendants' allegations of time card fraud and improper conduct and regarding relation to any possible defense to sexual harassment and retaliation claims; make notes regarding same; strategize regarding case with John Stembridge; email correspondence with opposing counsel | $450.00 | $495.00 |
| 1/3/2019 | 0.5 | John Stembridge | Confer with Lisa Taylor regarding Ms. Johnston's allegations of off-the-clock work and strategy for pursuing harassment and FLSA claims. | $450.00 | $225.00 |
| 2/11/2019 | 0.1 | Lisa Taylor | Check on status of EEOC Charge | $450.00 | $45.00 |
| 2/20/2019 | 0.3 | Lisa Taylor | Research status of EEOC charge investigation; draft email to investigator regarding same | $450.00 | $135.00 |
| 2/22/2019 | 1.1 | Lisa Taylor | Review Pye position statement to EEOC and assess defenses and allegations asserted therein | $450.00 | $495.00 |
| 3/5/2019 | 1.2 | Lisa Taylor | Review evidence submitted by respondent in relation to EEOC charge; investigate facts; conduct legal research regarding same | $450.00 | $540.00 |
| 3/7/2019 | 1.6 | Lisa Taylor | Prepare outline for interview of Jeff Middlebrooks; work on identifying and contacting other witnesses | $450.00 | $720.00 |
| 3/8/2019 | 0.6 | Lisa Taylor | Continued evaluation of claims; email to client regarding same | $450.00 | $270.00 |
| 3/12/2019 | 0.7 | Lisa Taylor | Telephone call with client regarding facts of case and potential claims, regarding status of damages, regarding likely next steps, and regarding other pre-suit matters | $450.00 | $315.00 |
| 3/13/2019 | 1.9 | Lisa Taylor | Telephone calls to potential witnesses; evaluate facts and law and make extensive strategy notes regarding status of claims and potential next steps | $450.00 | $855.00 |
| 3/14/2019 | 0.2 | John Stembridge | Confer with Lisa Taylor regarding viability of threatened counterclaims and potential impact of same on future litigation | $450.00 | $90.00 |
| 3/14/2019 | 0.2 | Lisa Taylor | Confer with John Stembridge regarding viability of threatened counterclaims and potential impact of same on future litigation | $450.00 | $90.00 |
| 3/19/2019 | 0.2 | Lisa Taylor | Telephone call to EEOC regarding response to position statement and status of EEOC investigation | $450.00 | $90.00 |
| 3/20/2019 | 0.5 | Lisa Taylor | Draft email to EEOC investigator regarding response to position statement | $450.00 | $225.00 |
| 3/22/2019 | 0.7 | Lisa Taylor | Review correspondence regarding potential counterclaim related to claimed hours worked and overtime pay; draft proposed amended EEOC charge | $450.00 | $315.00 |
| 3/25/2019 | 2.5 | Lisa Taylor | Strategize regarding claims and defenses with John Stembridge; legal research regarding retaliation claim based on threat to sue or counterclaim; strategize in relation to same | $450.00 | $1,125.00 |
| 3/25/2019 | 0.8 | John Stembridge | Strategize regarding claims and defenses with Lisa Taylor, including retaliation claim based on threat to sue or counterclaim. | $450.00 | $360.00 |
| 3/26/2019 | 0.2 | Lisa Taylor | Preliminary review of file received from EEOC in response to FOIA request | $450.00 | $90.00 |
| 6/7/2019 | 0.2 | Lisa Taylor | Review file to assess status of investigation and steps necessary to prepare to draft complaint | $450.00 | $90.00 |
| 6/11/2019 | 3.5 | Lisa Taylor | Prepare for and conduct witness interviews and review file in preparation for filing lawsuit; confer with client | $450.00 | $1,575.00 |
| 6/17/2019 | 3.5 | Lisa Taylor | Draft complaint; legal research and additional witness interviews in connection with same | $450.00 | $1,575.00 |

| Date | Hours | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/18/2019 | 1.3 | John Stembridge | Review draft complaint and revise; prepare email to Ms. Taylor with revised complaint. | $450.00 | $585.00 |
| 6/18/2019 | 3.9 | Lisa Taylor | Continue drafting complaint; conduct additional legal research in connection with same | $450.00 | $1,755.00 |
| 6/18/2019 | | Lisa Taylor | Filing Fee - US District Court | $450.00 | |
| 6/19/2019 | 0.4 | Lisa Taylor | Correspond with John Stembridge regarding strategy for resolving case. | $450.00 | $180.00 |
| 6/19/2019 | 0.4 | John Stembridge | Correspond with Lisa Taylor regarding strategy for resolving case. | $450.00 | $180.00 |
| 7/22/2019 | 0.8 | John Stembridge | Conduct call with Pat White regarding service of complaint and correspond with Mr. White and Lisa Taylor regarding same. | $450.00 | $360.00 |
| 7/24/2019 | 0.3 | Lisa Taylor | Prepare waiver of service | $450.00 | $135.00 |
| 8/29/2019 | 0.1 | John Stembridge | Review waivers of service filed with Court. | $450.00 | $45.00 |
| 8/29/2019 | 0.4 | Lisa Taylor | Review and file waivers of service; review rules regarding next steps in litigation; calendar answer deadline | $450.00 | $180.00 |
| 8/30/2019 | 0.2 | Lisa Taylor | Correspond with client regarding case status update and potential witness Michael Autry departure from Pye Kia; update attorney notes regarding same | $450.00 | $90.00 |
| 9/24/2019 | 0.9 | Lisa Taylor | Review answer; review rules regarding next deadlines | $450.00 | $405.00 |
| 9/25/2019 | 1.1 | John Stembridge | Review answer and certificate of interested persons and corporate disclosure statement. | $450.00 | $495.00 |
| 10/2/2019 | 0.5 | Lisa Taylor | Review rules regarding certificate of interested persons; draft CIP; review defendant's CIP; review and update pleadings file; draft email to opposing counsel regarding early planning conference | $450.00 | $225.00 |
| 10/7/2019 | 2.1 | Lisa Taylor | Draft joint preliminary planning report and discovery plan; conduct 26(f) conference with opposing counsel; make notes to file regarding case status | $450.00 | $945.00 |
| 10/24/2019 | 0.3 | John Stembridge | Review joint planning report and review email from Lisa Taylor to defense counsel approving Rule 26 report. | $450.00 | $135.00 |
| 10/24/2019 | 0.3 | Lisa Taylor | Finalize joint preliminary planning report; correspond with opposing counsel regarding same; prepare same for filing | $450.00 | $135.00 |
| 11/10/2019 | 0.5 | John Stembridge | Review email from Lisa Taylor to defense counsel with plaintiff's initial disclosures; review initial disclosures. | $450.00 | $225.00 |
| 11/10/2019 | 0.8 | Lisa Taylor | Draft, edit, finalize, serve and file initial disclosures | $450.00 | $360.00 |
| 12/5/2019 | 0.7 | John Stembridge | Review email from Lisa Taylor to Pat White with plaintiff's written discovery requests; review and confer with Lisa Taylor regarding initial discovery requests. | $450.00 | $315.00 |
| 12/5/2019 | 1.8 | Lisa Taylor | Draft and serve written discovery requests | $450.00 | $810.00 |
| 2/10/2020 | 0.9 | Lisa Taylor | Draft email to opposing counsel regarding discovery deficiencies; draft and serve deposition notices; confer with John Stembridge regarding same. | $450.00 | $405.00 |
| 2/10/2020 | 0.3 | John Stembridge | Confer with Lisa Taylor regarding deficiencies with defendants' discovery responses. | $450.00 | $135.00 |
| 2/18/2020 | 0.9 | Lisa Taylor | Review correspondence from opposing counsel regarding motion for extension of time to complete discovery; review same and reply to email; review order; calendar new deadlines; review discovery responses served by defendant; email to client regarding status of case | $450.00 | $405.00 |
| 3/30/2020 | 0.1 | Lisa Taylor | Email correspondence with opposing counsel regarding discovery extension | $450.00 | $45.00 |
| 6/10/2020 | 0.4 | John Stembridge | Correspond with opposing counsel regarding discovery and Rule 26(a) initial disclosures. | $450.00 | $180.00 |
| 6/10/2020 | 0.4 | Lisa Taylor | Review file and send email to opposing counsel regarding deposition scheduling and initial disclosures | $450.00 | $180.00 |
| 6/16/2020 | 0.3 | John Stembridge | Review correspondence with opposing counsel regarding discovery and correspond with Lisa Taylor regarding discovery and strategy for completing discovery without need for further extensions. | $450.00 | $135.00 |
| 6/16/2020 | 0.4 | Lisa Taylor | Email correspondence with opposing counsel and John Stembridge regarding deposition scheduling | $450.00 | $180.00 |
| 6/18/2020 | 0.1 | John Stembridge | Review email from Lisa Taylor to Pat White regarding defendant's deficient discovery responses. | $450.00 | $45.00 |
| 6/18/2020 | 3.6 | Lisa Taylor | Review defendants' discovery responses and prepare good faith letter regarding same; review documents produced by defendant; begin preparing for depositions; telephone conference with client regarding deposition scheduling and case strategy; review and revise Jeff Middlebrooks declaration; strategize regarding additional discovery needed; draft deposition notices; draft email to opposing counsel regarding scheduling depositions | $450.00 | $1,620.00 |
| 6/19/2020 | 0.5 | John Stembridge | Review and respond to emails from Lisa Taylor regarding strategy for selecting deponents based on claims and defendant's position. | $450.00 | $225.00 |
| 6/19/2020 | 0.7 | Lisa Taylor | Review file and strategize with John Stembridge regarding additional discovery to complete | $450.00 | $315.00 |
| 6/22/2020 | 0.5 | John Stembridge | Correspond with Lisa Taylor regarding strategy for Anita Horton (third-party) deposition. | $450.00 | $225.00 |
| 6/22/2020 | 3.6 | Lisa Taylor | Prepare for meeting with client in in preparation for her deposition; strategize with John Stembridge regarding additional discovery; begin preparing for depositions of defense witnesses; draft subpoena for Anita Horton deposition and research rules regarding subpoenas for virtual depositions | $450.00 | $1,620.00 |
| 6/24/2020 | 0.5 | John Stembridge | Review correspondence with opposing counsel regarding discovery deficiencies and upcoming depositions, and confer with Lisa Taylor regarding same. | $450.00 | $225.00 |
| 6/24/2020 | 1.7 | Lisa Taylor | Review prior good-faith conferral correspondence and draft follow-up email to opposing counsel regarding same; continue strategizing with John Stembridge regarding completion of discovery and preparation for depositions; prepare to meet with client in preparation for deposition | $450.00 | $765.00 |
| 6/25/2020 | 5.8 | Lisa Taylor | Review supplemental discovery responses and document production from defendant; review documents and prepare outline and exhibits for depositions of Kim Gaston & Greg Black | $450.00 | $2,610.00 |
| 6/26/2020 | 7.6 | Lisa Taylor | Final preparation for and taking of depositions of Kim Gaston and Greg Black; make notes to file following depositions | $450.00 | $3,420.00 |

| Date | Hours | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/28/2020 | 1.5 | John Stembridge | Review defendants' discovery responses and document production and make notes regarding same. | $450.00 | $675.00 |
| 6/29/2020 | 0.6 | John Stembridge | Review correspondence with Pat White regarding discovery issues and deposition schedules, and correspond with Lisa Taylor regarding June 26 depositions and strategy regarding further depositions necessary and related to defendants' defenses. | $450.00 | $270.00 |
| 6/29/2020 | 0.4 | Lisa Taylor | Review and respond to email from opposing counsel regarding status of deposition scheduling, document production and discovery completion; confer with John Stembridge regarding same. | $450.00 | $180.00 |
| 7/1/2020 | 0.8 | John Stembridge | Review email from Pat White regarding deposition schedule, review email from Lisa Taylor regarding call with plaintiff witness Michael Autry and conduct call with Ms. Taylor regarding Mr. Autry's testimony and strategy related to potential deposition of Anita Horton. | $450.00 | $360.00 |
| 7/1/2020 | 1.2 | Lisa Taylor | Witness interview with Michael Autry; review file and strategize regarding additional discovery needed; legal research in connection with same; confer with John Stembridge regarding witness testimony and depositions. | $450.00 | $540.00 |
| 7/2/2020 | 0.3 | Lisa Taylor | Draft email to opposing counsel regarding deposition scheduling and related discovery matters | $450.00 | $135.00 |
| 7/6/2020 | 1.6 | Lisa Taylor | Telephone call to Anita Horton regarding logistics for deposition; correspondence with opposing counsel regarding status of various discovery matters; draft declaration of Michael Autry; correspond with Mr. Autry regarding same | $450.00 | $720.00 |
| 7/7/2020 | 0.7 | John Stembridge | Confer with Lisa Taylor regarding Melanie Johnston's deposition, issues and questions raised by defense counsel, and to discuss strategy, including whether to address issues with Ms. Johnston during her deposition or present them through a signed declaration. | $450.00 | $315.00 |
| 7/7/2020 | 7.1 | Lisa Taylor | Defend plaintiff's deposition, including review of documents and pleadings and final preparation meeting with client in Atlanta; confer with John Stembridge regarding Ms. Johnston's deposition and to discuss her testimony and issues related to her testimony and claims. | $450.00 | $3,195.00 |
| 7/7/2020 | 1.0 | John Stembridge | Meet with Lisa Taylor and Melanie Johnston following Ms. Johnston's deposition to discuss testimony and issues related to same. | $450.00 | $450.00 |
| 7/13/2020 | 0.3 | John Stembridge | Meet with Lisa Taylor regarding notes from deposition of Anita Horton and Jessica Chastain, and continue to confer on strategy given testimony. | $450.00 | $135.00 |
| 7/13/2020 | 4.9 | Lisa Taylor | Prepare for and attend depositions of Jessica Chastain and Anita Horton; make file notes following depositions | $450.00 | $2,205.00 |
| 7/17/2020 | 0.5 | John Stembridge | Conduct call with Lisa Taylor to discuss service of amended disclosures and strategy for obtaining declaration of Michael Autry, and to discuss amendment of initial disclosures and close of discovery. | $450.00 | $225.00 |
| 7/17/2020 | 0.9 | Lisa Taylor | Revise declaration of Michael Autry and correspond with witness regarding same; research initial disclosure requirement as to impeachment witness; confer and strategize with John Stembridge regarding closure of discovery and initial disclosure amendment; revise initial disclosures; serve amended initial disclosures | $450.00 | $405.00 |
| 7/22/2020 | | Lisa Taylor | Gaston & Black Depo Transcripts | | |
| 7/22/2020 | | Lisa Taylor | Johnston Depo Transcript | | |
| 7/29/2020 | | Lisa Taylor | Anita Horton & Jessica Chastain | | |
| 8/17/2020 | 0.4 | John Stembridge | Review email from opposing counsel with draft motion for extension of time to file protective order, and correspond with Lisa Taylor regarding strategy issues related to venue for trial. | $450.00 | $180.00 |
| 8/17/2021 | 0.2 | Lisa Taylor | Confer with John Stembridge regarding strategy related to venue for trial. | $450.00 | $90.00 |
| 8/18/2020 | 0.7 | Lisa Taylor | Legal research on impact of court divisions on jury pools and related issues bearing on question whether to consent to trial before a magistrate; confer and strategize with John Stembridge regarding same | $450.00 | $315.00 |
| 8/19/2020 | 0.2 | John Stembridge | Review order requiring pre-trial order to be filed; review correspondence from opposing counsel with draft motion for additional time to file pretrial order; correspond with Lisa Taylor regarding strategy related to venue for trial and possible consent to Magistrate Judge given potential delay before trial scheduled. | $450.00 | $90.00 |
| 8/19/2020 | 0.3 | Lisa Taylor | Review order regarding filing of pretrial order; strategize with John Stembridge about venue for trial and jury pool; review and respond to opposing counsel regarding proposed motion for extension of time to file proposed pretrial order | $450.00 | $135.00 |
| 8/20/2020 | 0.1 | Lisa Taylor | Review order granting extension of time to file pretrial order and calendar new deadline | $450.00 | $45.00 |
| 9/14/2020 | 0.1 | Lisa Taylor | Confer with Pat White regarding status of pretrial order and additional extension | $450.00 | $45.00 |
| 9/21/2020 | 0.3 | John Stembridge | Review correspondence from Lisa Taylor to Pat White regarding pre-trial order and FLSA demand; confer with Lisa Taylor regarding FLSA claims. | $450.00 | $135.00 |
| 9/21/2020 | 1.5 | Lisa Taylor | Review file to assess demand on FLSA claims; strategize with John Stembridge regarding same; telephone conference with and email to client regarding same | $450.00 | $675.00 |
| 9/22/2020 | 0.1 | Lisa Taylor | Email to client regarding FLSA demand | $450.00 | $45.00 |
| 9/25/2020 | 1.7 | Lisa Taylor | Telephone conference with client regarding settlement of FLSA claims and next steps in litigation; draft settlement demand | $450.00 | $765.00 |
| 9/25/2020 | 0.4 | Lisa Taylor | Strategize with John Stembridge regarding settlement demand; work on pretrial order | $450.00 | $180.00 |
| 9/25/2020 | 0.4 | John Stembridge | Confer with Lisa Taylor regarding settlement demand, and review and revise plaintiff's proposed pretrial order. | $450.00 | $180.00 |
| 9/27/2020 | 0.4 | Lisa Taylor | Draft email to opposing counsel with settlement demand | $450.00 | $180.00 |
| 9/27/2020 | 0.4 | John Stembridge | Review Ms. Taylor's email to opposing counsel with settlement demand. | $450.00 | $180.00 |

| Date | Hours | Attorney | Description | Rate | Amount |
|---|---|---|---|---|---|
| 9/28/2020 | 0.2 | John Stembridge | Correspond with Lisa Taylor regarding initial settlement demand and review correspondence between Ms. Taylor and Pat White regarding settlement negotiations and pre-trial order. | $450.00 | $90.00 |
| 9/28/2020 | 0.3 | Lisa Taylor | Correspond with Pat White regarding settlement demand and status of pretrial order; confer with John Stembridge regarding same. | $450.00 | $135.00 |
| 9/29/2020 | 0.2 | John Stembridge | Review draft of defendant's proposed pretrial order and review email from Lisa Taylor to Pat White regarding same. | $450.00 | $90.00 |
| 9/29/2020 | 0.7 | Lisa Taylor | Review first draft of proposed consolidated pretrial order and draft email to Pat White regarding status of same | $450.00 | $315.00 |
| 10/6/2020 | 0.3 | Lisa Taylor | Work on voir dire questions for pretrial order | $450.00 | $135.00 |
| 10/7/2020 | 0.3 | Lisa Taylor | Correspond with opposing counsel regarding status of pretrial order | $450.00 | $135.00 |
| 10/13/2020 | 1.7 | Lisa Taylor | Revise proposed pretrial order; draft voir dire questions | $450.00 | $765.00 |
| 10/14/2020 | 2.5 | Lisa Taylor | Continue drafting pretrial order | $450.00 | $1,125.00 |
| 10/19/2020 | 2.7 | Lisa Taylor | Continue drafting and revising pretrial order | $450.00 | $1,215.00 |
| 10/20/2020 | 1.0 | John Stembridge | Review and revise voir dire questions for pretrial order, and correspond with Lisa Taylor regarding same. | $450.00 | $450.00 |
| 10/20/2021 | 0.2 | Lisa Taylor | Correspond with John Stembridge regarding voir dire questions. | $450.00 | $90.00 |
| 10/21/2020 | 0.3 | John Stembridge | Review emails and documents related to filing pretrial order and conduct call with Lisa Taylor regarding same. | $450.00 | $135.00 |
| 10/21/2020 | 4.8 | Lisa Taylor | Continue work on pretrial order; legal research regarding applicable case law and statutes in connection with same; correspond with opposing counsel regarding same; conduct call with John Stembridge regarding pretrial order. | $450.00 | $2,160.00 |
| 10/22/2020 | 0.4 | John Stembridge | Review emails regarding pretrial order and conduct calls with Lisa Taylor regarding settlement and strategy for trial. | $450.00 | $180.00 |
| 10/22/2020 | 1.2 | Lisa Taylor | Prepare corrected version of Pretrial Order; correspond with opposing counsel regarding same and regarding status of settlement discussions; research regarding trial location and emails to court regarding same; strategize with John Stembridge | $450.00 | $540.00 |
| 11/5/2020 | 0.3 | Lisa Taylor | Prepare consent to magistrate form; draft email to opposing counsel regarding consent to magistrate and regarding status of settlement discussions | $450.00 | $135.00 |
| 11/6/2020 | 0.2 | Lisa Taylor | Review correspondence from court regarding trial date; confer with John Stembridge regarding same and draft email response to court and to opposing counsel | $450.00 | $90.00 |
| 11/6/2020 | 0.2 | John Stembridge | Confer with Lisa Taylor regarding trial date. | $450.00 | $90.00 |
| 11/9/2020 | 0.1 | Lisa Taylor | Draft email to court regarding scheduling of trial | $450.00 | $45.00 |
| 11/19/2020 | 0.3 | John Stembridge | Review and respond to Lisa Taylor regarding draft proposed email to opposing counsel regarding settlement of FLSA claims, and to discuss strategy regarding settlement of claim for fees related to FLSA claim, including difficulty of unwinding work on FLSA claims from work on Title VII claims. | $450.00 | $135.00 |
| 11/19/2020 | 0.4 | Lisa Taylor | Prepare demand on FLSA claims and confer with John Stembridge regarding demand to defendant. | $450.00 | $180.00 |
| 11/20/2020 | 0.1 | Lisa Taylor | Finalize and send FLSA settlement demand | $450.00 | $45.00 |
| 12/4/2020 | 0.2 | Lisa Taylor | Strategize with John Stembridge and Victoria Engleman regarding trial preparation | $450.00 | $90.00 |
| 12/4/2020 | 0.2 | John Stembridge | Confer with Lisa Taylor and Victoria Engleman regarding trial preparation. | $450.00 | $90.00 |
| 4/12/2021 | 2.6 | Lisa Taylor | Review correspondence and order from court setting pretrial conference; confer with John Stembridge regarding scheduling of and preparation for trial; consider tasks to complete for trial preparation and communicate with Victoria Engleman regarding same; review records regarding status of settlement negotiations; draft, edit, and send correspondence to Pat White regarding status of settlement discussion; email to client regarding status of case | $450.00 | $1,170.00 |
| 4/12/2021 | 1.6 | John Stembridge | Review correspondence and order from court setting pretrial conference, and confer with Lisa Taylor regarding scheduling of and preparation for trial, and tasks to be completed. | $450.00 | $720.00 |
| 4/12/2021 | 0.7 | Victoria Engleman | Research for federal court witness subpoenas and Northern District COVID moratorium extensions. | $100.00 | $70.00 |
| 4/13/2021 | 0.8 | Lisa Taylor | Begin preparing list of tasks to complete in preparation for trial; review pretrial order in connection wht same; review rules regarding service of subpoenas | $450.00 | $360.00 |
| 4/15/2021 | 0.4 | Lisa Taylor | Email to Pat White regarding status of settlement discussions and trial preparation; strategize with John Stembridge regarding same | $450.00 | $180.00 |
| 4/15/2021 | 0.4 | John Stembridge | Confer with Lisa Taylor regarding settlement discussions and preparation for trial. | $450.00 | $180.00 |
| 4/16/2021 | 0.6 | Lisa Taylor | Prepare for call with defense counsel and confer with John Stembridge regarding same; conduct call with defense counsel and John Stembridge | $450.00 | $270.00 |
| 4/16/2021 | 0.6 | John Stembridge | Conduct call with defense counsel and Lisa Taylor regarding potential for resolution and possibility of moving trial date. (Pat did not answer and discussed strategy with Lisa.) Pat called back and discussed with him. | $450.00 | $270.00 |
| 4/21/2021 | 0.3 | Lisa Taylor | Strategize with John Stembridge regarding settlement status and trial date; telephone call with opposing counsel regarding same | $450.00 | $135.00 |
| 4/21/2021 | 0.3 | John Stembridge | Confer with Lisa Taylor regarding settlement status and trial date and conduct call with defense counsel regarding same. | $450.00 | $135.00 |
| 4/22/2021 | 0.2 | Lisa Taylor | Draft email to Court regarding possible rescheduling of trial | $450.00 | $90.00 |

| Date | Hours | Timekeeper | Description | Rate | Amount |
|---|---|---|---|---|---|
| 4/28/2021 | 2.6 | Lisa Taylor | Trial preparation including creation of comprehensive task list, review of materials regarding trial preparation and review of pretrial order; review of court's COVID trial protocols; confer with John Stembridge regarding trial preparation process and strategy; draft email to opposing counsel regarding status of settlement discussions; draft email to court regarding conflict with trial calendar in Atlanta Division; correspondence and telephone call with client regarding status of case and preparation for trial | $450.00 | $1,170.00 |
| 4/28/2021 | 1.2 | John Stembridge | Confer with Lisa Taylor regarding trial preparation process and strategy; review correspondence from Lisa Taylor to defense counsel, the Court and to Ms. Johnston regarding settlement negotiations, conflict with Lamb v Clayton County trial dates, and to discuss status of case. | $450.00 | $540.00 |
| 4/28/2021 | 1.0 | Lisa Taylor | Firm meeting to discuss and plan trial preparation | $450.00 | $450.00 |
| 4/28/2021 | 0.4 | Victoria Engleman | Prepare trial checklist | $100.00 | $40.00 |
| 4/29/2021 | 4.0 | Lisa Taylor | Trial preparation: Review trial preparation checklists from third parties and work on refining checklist for this trial; review resources regarding jury selection and preservation of appealable objections; review pretrial order to assess status of various matters presented therein; draft email to court with questions regarding technology, trial briefs, and scheduling conflicts with other case; review court's response and strategize regarding resetting pretrial conference date; work on subpoenaing witnesses; correspond with opposing counsel regarding rescheduling pretrial conference; work on jury instructions | $450.00 | $1,800.00 |
| 4/29/2021 | 0.1 | John Stembridge | Review trial checklist and begin working on task list in preparation for trial; review Lisa Taylor's email to the Court regarding scheduling conflict with trial dates for Lamb v Clayton County case and correspond with Ms. Taylor regarding possible solutions for avoiding conflict. | $450.00 | $45.00 |
| 4/29/2021 | 0.3 | Victoria Engleman | Conduct calls to potential trial witnesses Jeff Middlebrooks and Michael Autry; confer with Lisa Taylor regarding same. | $100.00 | $30.00 |
| 4/29/2021 | 0.4 | Victoria Engleman | Research for trial preparation materials | $100.00 | $40.00 |
| 4/30/2021 | 5.2 | Lisa Taylor | Trial preparation: legal research for potential motions in limine; review discovery responses; review notes regarding legal issues in case; draft motion in limine regarding evidence not produced during discovery | $450.00 | $2,340.00 |
| 4/30/2021 | 0.7 | Victoria Engleman | Draft jury instructions | $100.00 | $70.00 |
| 5/1/2021 | 2.5 | Lisa Taylor | Trial preparation: continue drafting jury verdict form and conducting legal research on elements of claims in connection with same; legal research for motions in limine; confer with John Stembridge regarding potential motions in limine and trial briefs | $450.00 | $1,125.00 |
| 5/1/2021 | 0.6 | John Stembridge | Correspond with Lisa Taylor regarding potential issues for motions in limine and trial briefs. | $450.00 | $270.00 |
| 5/1/2021 | 0.8 | John Stembridge | Review and respond to email from Lisa Taylor with attached draft jury verdict form and issues regarding state law claims, and how to handle individual liability issue under the FLSA; review jury verdict form. | $450.00 | $360.00 |
| 5/2/2021 | 7.4 | Lisa Taylor | Trial preparation: review exhibits identified by defendant and consider arguments regarding admissibility and use of same; edit jury verdict form and send same to opposing counsel; legal research regarding standards of liability and recoverable damages; begin reviewing deposition transcripts and making notes regarding same; draft trial brief regarding defendant's liability for sexual harassment | $450.00 | $3,330.00 |
| 5/3/2021 | 5.2 | Lisa Taylor | Trial preparation: continue drafting trial brief regarding employer liability; review depositions; correspond with opposing counsel regarding witnesses who will be present at trial, amendment of exhibit list, and other pretrial matters; strategize with John Stembridge regarding exhibits and evidentiary rules related to introduction of same; correspond with court regarding scheduling of pretrial conference | $450.00 | $2,340.00 |
| 5/3/2021 | 0.3 | Victoria Engleman | Confer with Lisa Taylor and John Stembridge on trial preparation. | $100.00 | $30.00 |
| 5/3/2021 | 2.2 | John Stembridge | Review email from defense counsel with proposed verdict form, review proposed verdict form and confer with Lisa Taylor regarding revisions to be made to verdict form; review emails from Court scheduling pretrial conference; confer with Lisa Taylor and Victoria Engleman regarding exhibits and proper witnesses for entering exhibits into evidence. | $450.00 | $990.00 |
| 5/3/2021 | 0.6 | John Stembridge | Review plaintiff's trial brief addressing legal liability and motion in limine to exclude documents not produced during discovery; review pretrial order and exhibits to be used at trial. | $450.00 | $270.00 |
| 5/4/2021 | 1.7 | Lisa Taylor | Trial prep: confer with Victoria Engleman regarding setting up meeting to review courtroom technology and regarding filing of depositions in support of trial brief; confer with John Stembridge regarding status of trial preparation, settlement negotiations, exhibit lists, and other pending matters; prepare for pretrial conference; additional planning of trial preparation process; review rules regarding use of depositions at trial | $450.00 | $765.00 |
| 5/4/2021 | 0.1 | Victoria Engleman | Confer with courtroom deputy Sam Johnston regarding courtroom trial technology and scheduling a meeting. | $100.00 | $10.00 |
| 5/4/2021 | 0.3 | Victoria Engleman | Prepare Notice of Filing Discovery; research local rules on submitting deposition transcripts. | $100.00 | $30.00 |
| 5/4/2021 | 1.1 | John Stembridge | Review pretrial order and Fed R Civ P 32 regarding use of depositions at trial, and confer with Lisa Taylor regarding use of video depositions and/or transcripts at trial when witness otherwise unavailable. | $450.00 | $495.00 |
| 5/5/2021 | 0.6 | John Stembridge | Correspond with defense counsel and confer with Lisa Taylor regarding admissibility of Johnny Pye's deposition transcript from prior related Chandler case; confer with Ms. Taylor regarding use of other deposition transcripts during trial. | $450.00 | $270.00 |
| 5/5/2021 | 0.5 | John Stembridge | Conduct call with Lisa Taylor to discuss issues addressed during pretrial conference. | $450.00 | $225.00 |

| Date | Hours | Timekeeper | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/5/2021 | 8.2 | Lisa Taylor | Prepare for, travel to and from Rome for, and attend pretrial conference; meet with Sam Johnston regarding courtroom logistics; meet with Pat White briefly regarding possibility of settlement; confer with John Stembridge regarding pretrial conference results; confer with John stembridge regarding logistics of Michael Autry deposition; telephone call with Michael Autry; telephone call with Pat White regarding video deposition of Michael Autry | $450.00 | $3,690.00 |
| 5/5/2021 | 3.0 | Victoria Engleman | Meeting with courtroom deputy Sam Johnston regarding trial technology; travel to and from Rome for meeting. | $100.00 | $300.00 |
| 5/5/2021 | 0.1 | Victoria Engleman | Prepare subpoena for Johnny Pye | $100.00 | $10.00 |
| 5/6/2021 | 0.2 | Lisa Taylor | Trial preparation: research Superior Court pattern jury instructions in relation to state law claims | $450.00 | $90.00 |
| 5/6/2021 | 0.2 | Victoria Engleman | Prepare Motion to Allow Electronic Equipment in the Courtoom for Victoria Engleman. | $100.00 | $20.00 |
| 5/7/2021 | 3.3 | Lisa Taylor | Trial preparation: review docket entry from pretrial conference; research evidence rules relevant to potential objections to evidence to be presented at trial; continue developing list of tasks to complete; continue reviewing depositions and identifying key testimony | $450.00 | $1,485.00 |
| 5/7/2021 | 4.0 | John Stembridge | Review deposition of Melanie Johnston and defense witnesses in preparation for trial. | $450.00 | $1,800.00 |
| 5/7/2021 | 0.7 | Victoria Engleman | Prepare deposition transcripts and exhibits to be filed and confer with Lisa Taylor regarding same. | $100.00 | $70.00 |
| 5/8/2021 | 2.2 | Lisa Taylor | Trial preparation: continue reviewing deposition transcripts and making notes regarding key testimony | $450.00 | $990.00 |
| 5/9/2021 | 5.3 | Lisa Taylor | Trial preparation: confer with client regarding scheduling preparation sessions; continue reviewing depositions and making notes regarding key testimony; confer and strategize with John Stembridge regarding all aspects of trial preparation and strategy; confer again with client regarding preparation for trial | $450.00 | $2,385.00 |
| 5/9/2021 | 2.7 | John Stembridge | Continue reviewing deposition transcripts in preparation for trial. | $450.00 | $1,215.00 |
| 5/9/2021 | 0.5 | John Stembridge | Conduct call with Lisa Taylor regarding strategy for Johnston trial and trial prep. | $450.00 | $225.00 |
| 5/9/2021 | 0.5 | John Stembridge | Review correspondence with Pat White regarding issues to confer on prior to trial; review email from Ms. Taylor regarding strategy issues for trial (back pay and deposition testimony). | $450.00 | $225.00 |
| 5/10/2021 | 7.3 | Lisa Taylor | Trial prep: continue review of deposition transcripts and collecting notes regarding key testimony; confer and strategize with John Stembridge regarding void dire; telephone call to Michael Autry; draft letter and issue subpoenas to Michael Autry; confer with John Stembridge and Victoria Engleman regarding various trial prep matters; work on preparing evidence grid; strategize regarding demonstrative exhibit for use in closing statement; confer with John Stembridge regarding potential evidentiary objections and strategy for preparing for and responding to same as well as regarding void dire process | $450.00 | $3,285.00 |
| 5/10/2021 | 2.0 | John Stembridge | Review pretrial order and related rules to prepare for conducting voir dire; conduct call with Lisa Taylor regarding same. | $450.00 | $900.00 |
| 5/10/2021 | 0.7 | John Stembridge | Correspond with Lisa Taylor regarding strategy for obtaining trial testimony of Michael Autry (Zoom deposition, subpoena for trial), and review letter to Mr. Autry regarding options available for securing his testimony at trial. | $450.00 | $315.00 |
| 5/10/2021 | 1.1 | John Stembridge | Continue to review deposition transcripts in preparation for trial. | $450.00 | $495.00 |
| 5/10/2021 | 0.6 | Victoria Engleman | Finalize and file Notice of Filing Discovery with deposition transcripts and exhibits. | $100.00 | $60.00 |
| 5/10/2021 | 0.1 | Victoria Engleman | File Motion to Allow Electronic Equipment in the Courtoom and confer with court regarding same. | $100.00 | $10.00 |
| 5/10/2021 | 1.5 | Victoria Engleman | Prepare subpoena for deposition and subpoena for trial on Michael Autry; call attempts to Michael Autry regarding service; research to determine service address for Michael Autry; phone calls to potential employers to locate Michael Autry. | $100.00 | $150.00 |
| 5/11/2021 | 5.3 | John Stembridge | Continue to prepare for trial (voir dire examinations, reviewing deposition transcripts, listen to recording of Gaston/Johnston call, review transcript of call, make notes for deposition of Michael Autry and for direct examination of Greg Flower and Kim Gaston). | $450.00 | $2,385.00 |
| 5/11/2021 | 6.5 | Lisa Taylor | Trial preparation: review and serve notice of deposition for Michael Autry; prepare comprehensive evidence grid showing elements of claim, evidence to support each, and identifying likely defenses and rebuttal evidence; confer with John Stembridge regarding witnesses and exhibits needed at trial. | $450.00 | $2,925.00 |
| 5/11/2021 | 2.3 | John Stembridge | Review evidence grid and confer with Ms. Taylor to discuss witnesses/exhibits needed to present evidence at trial; review deposition transcripts and exhibits related to same. | $450.00 | $1,035.00 |
| 5/11/2021 | 0.5 | Victoria Engleman | Correspond with process server on Michael Autry subpoena service attempts; mail subpoenas to Michael Autry. | $100.00 | $50.00 |
| 5/11/2021 | 0.3 | Victoria Engleman | Prepare revised voir dire questions. | $100.00 | $30.00 |
| 5/11/2021 | 1.0 | Victoria Engleman | Prepare deposition summary tables for trial. | $100.00 | $100.00 |
| 5/11/2021 | 0.4 | Victoria Engleman | Correspond with process servers on locating and serving Michael Autry. | $100.00 | $40.00 |
| 5/11/2021 | | Victoria Engleman | Multiple services attempts for Michael Autry subpoenas | | |
| 5/12/2021 | 6.6 | John Stembridge | Continuing reviewing depositon transcripts, work with Victoria Englemant to locate Michael Autry, review potential demonstratives and compilation exhibits for use during trial, review and revise draft jury instructions, confer with trial counsel from other firms regarding jury instructions related to state law claims, prepare notes in preparation for closing argument to make at trial. | $450.00 | $2,970.00 |

| Date | Hours | Timekeeper | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/12/2021 | 11.4 | Lisa Taylor | Trial preparation: draft direct examination of plaintiff, begin preparing opening statement, communicate with opposing counsel regarding which witnesses will be called from may call list, strategize regarding demonstrative exhibits; multiple telephone calls with John Stembridge to confer over location of witness, division of labor at trial and in preparation therefor, trial strategy, and other trial prep matters; revise trial prep task list; meet with client to prepare for trial | $450.00 | $5,130.00 |
| 5/12/2021 | 2.5 | John Stembridge | Continue to prepare for trial including calls with Lisa Taylor regarding witnesses and division of labor at trial, and in preparation for final details prior to trial. | $450.00 | $1,125.00 |
| 5/12/2021 | 1.5 | John Stembridge | Correspond with and conduct call with Lisa Taylor regarding strategy for trial related to FLSA claims and possible settlement of claims prior to trial, Michael Autry testimony, and cross-examination of Kim Gaston and Greg Black. | $450.00 | $675.00 |
| 5/12/2021 | 0.1 | Victoria Engleman | Correspond with court reporter for Michael Autry deposition. | $100.00 | $10.00 |
| 5/12/2021 | 0.2 | Victoria Engleman | Prepare and file Motion to Allow Electronic Equipment in the Courtroom for Melanie Johnston; confer with court regarding same. | $100.00 | $20.00 |
| 5/13/2021 | 10.0 | Lisa Taylor | Trial prep: review Jessica Chastain deposition and prepare for cross examination; confer with John Stembridge regarding multiple issues in preparation for trial including FLSA claims, consultation with Holly Pierson, resolution of conflict with Tuesday trial date, introduction of Chandler deposition testimony and exhibits at trial, introduction of other evidence regarding Chandler case and legal issues pertaining to same; legal research regarding evidentiary issues anticipated to arise at trial; continue working on direct examination of Melanie Johnston; continued organization and assessment of trial prep tasks | $450.00 | $4,500.00 |
| 5/13/2021 | 2.0 | John Stembridge | Correspond with and conduct call with Lisa Taylor regarding multiple issues in preparation for trial - FLSA claims, potential entry of appearance and/or assistance by Holly Pierson, resolution of conflict on Tuesday of trial, introduction of Chandler deposition testimony and exhibits to trial, introduction of Chandler settlement at trial and information related to similar practices, and discuss potential objection by defense and response to objections. | $450.00 | $900.00 |
| 5/13/2021 | 0.5 | John Stembridge | Correspond with Lisa Taylor, Victoria Engeleman, Court and defense counsel regarding multiple issues (Tuesday conflcit, resolution of FLSA claims, electronic equip in courtroom, Autry testimony thorugh deposition, etc.). | $450.00 | $225.00 |
| 5/13/2021 | 0.5 | John Stembridge | Review email from Victoria Engleman with information from background check for Michael Autry; review information in background check and make notes for deposition. | $450.00 | $225.00 |
| 5/13/2021 | 0.9 | John Stembridge | Conduct call with Lisa Taylor and review correspondence with Ms. Taylor and Pat White regarding settlement of FLSA claims; review FLSA case provided by Pat White addressing award of attorney fees in FLSA case; correspond with and conduct call with Lisa Taylor regarding deposition of Mike Autry. | $450.00 | $405.00 |
| 5/13/2021 | 1.0 | Victoria Engleman | Phone calls with process server and private investigator regarding subpoena service on Michael Autry; further research on locating service address; confer with Lisa Taylor and John Stembridge regarding same. | $100.00 | $100.00 |
| 5/13/2021 | 4.0 | John Stembridge | Prep for Mike Autry deposition - review Kim Gaston deposition, Johnny Pye deposition (Chandler), Anita Horton deposition; review transcript of call with Kim Gaston and Melanie Johnston; review draft statement drafted for Mike Autry's signature. | $450.00 | $1,800.00 |
| 5/14/2021 | 10.7 | Lisa Taylor | Trial prep: prepare opening statement; work on Greg Black cross examination; revise jury verdict form; communicate with Michael Autry regarding trial deposition; confer and strategize with John Stembridge regarding Autry deposition and other trial prep matters; work on plan for void dire; attend trial deposition of Michael Autry; other trial prep matters | $450.00 | $4,815.00 |
| 5/14/2021 | 8.2 | John Stembridge | Prepare for trial: demonstratives for open/close; correspond with Lisa Taylor regarding verdict form, prep for Melanie direct; prep for Autry trial depo; attend and take Autry deposition; continue to confer on witnesses and strategy for proving claims. | $450.00 | $3,690.00 |
| 5/14/2021 | 0.3 | Victoria Engleman | Correspond with court reporter, Lisa Taylor, and John Stembridge regarding Michael Autry deposition. | $100.00 | $30.00 |
| 5/14/2021 | 0.2 | Victoria Engleman | Create deposition summary table for witness Jessica Chastain. | $100.00 | $20.00 |
| 5/14/2021 | 0.3 | Victoria Engleman | Prepare Federal Rules of Civil Trial pages for Lisa Taylor trial research. | $100.00 | $30.00 |
| 5/14/2021 | 0.3 | Victoria Engleman | Prepare Plaintiff and Defendant trial exhibits. | $100.00 | $30.00 |
| 5/14/2021 | 1.0 | Victoria Engleman | Review opening statement draft and confer with Lisa Taylor. | $100.00 | $100.00 |
| 5/14/2021 | 0.4 | Victoria Engleman | Confer with Lisa Taylor and John Stembridge on trial binders, exhibits, PowerPoint presentation, and trial logistics. | $100.00 | $40.00 |
| 5/15/2021 | 11.6 | Lisa Taylor | Trial prep: Further revisions of jury verdict form and email to Pat White regarding same; revise opening statement; plan logistics for trial; meet with client to prepare for testimony; confer with John Stembridge regarding various trial prep issues; confer with John Stembridge and Holly Pierson regarding anticipated evidentiary issues; listen to recording of call between Melanie and Kim and consider evidentiary impact of same; and other trial prep tasks | $450.00 | $5,220.00 |
| 5/15/2021 | 6.3 | John Stembridge | Continue preparing for trial (voir dire, direct and cross exam outlines; review exhibits; provide feedback on Gaston call, make points in Johnston direct exam outline to discuss with Ms. Johnston) | $450.00 | $2,835.00 |
| 5/15/2021 | 4.0 | Victoria Engleman | Continued preparation of trial binders and trial supplies. | $100.00 | $400.00 |
| 5/15/2021 | | Victoria Engleman | Office Depot supplies for trial | | |
| 5/16/2021 | 17.6 | Lisa Taylor | Finish trial prep: Revise outline for direct exam of plaintiff; prep session with plaintiff; work on opening statement; prepare cross exam notes for defense witnesses; confer and strategize with John Stembridge regarding all aspects of trial; continue work on opening statement, preparation for jury selection and first day of trial | $450.00 | $7,920.00 |

| Date | Hours | Person | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/16/2021 | 15.8 | John Stembridge | Prepare for trial (review and comment on Lisa Taylor's opening statement, review and comment on verdict form sent by Pat White, listen to phone call recorded by Kim Gaston with Melanie, meet with Melanie to discuss trial and her testimony, work on voir dire presentation, questions and strategy, review elements of all claims for jury instructions, review jury instructions filed by defendant, review exhibits provided by plaintiff, review/revise Power Point for opening statement, review final video deposition of Michael Autry and note edits necessary for presentation at trial). | $450.00 | $7,110.00 |
| 5/16/2021 | 1.5 | John Stembridge | Drive from Atlanta to Rome for trial. | $450.00 | $675.00 |
| 5/16/2021 | 9.0 | Victoria Engleman | Trial prep: continued preparation of trial binder, witness binders, exhibit binders, witness deposition transcripts, exhibits; trips to Office Depot to purchase trial supplies; further review of opening statement drafts and confer with Lisa Taylor and John Stembridge regarding all; confer with opposing counsel on trial exhibits. | $100.00 | $900.00 |
| 5/16/2021 |  | Victoria Engleman | Office Depot supplies for trial |  |  |
| 5/17/2021 | 18.0 | Lisa Taylor | Final preparation for and attendance at trial; prepare for second day | $450.00 | $8,100.00 |
| 5/17/2021 | 9.0 | John Stembridge | Attend trial and begin preparing for day 2 of trial. | $450.00 | $4,050.00 |
| 5/17/2021 | 8.0 | Victoria Engleman | Attend day 1 of trial. | $100.00 | $800.00 |
| 5/17/2021 | 7.0 | John Stembridge | Prepare for day 2 of trail, including preparation of cross-examination outline for Kim Gaston and Greg Flower, confer and strategize with Lisa Taylor regarding all aspects of trial. | $450.00 | $3,150.00 |
| 5/18/2021 | 18.5 | Lisa Taylor | Prepare for and attend trial; research evidentiary issues; work on closing argument; prepare additional cross examination notes; confer and strategize with John Stembridge regarding all aspects of trial; review notice regarding retaliation claim and conduct legal research regarding same | $450.00 | $8,325.00 |
| 5/18/2021 | 17.0 | John Stembridge | Attend day 2 of trial and prepare for day 3 of trial; confer with Ms. Taylor and research issue on objection to prior similar evidence and issues to include in trial brief to Court; review and revise trial brief prepared by Ms. Taylor, strategy related to addressing prior harassment evidence with Ms. Gaston during cross-examination, introduction of evidence in support of punitives, JMOL issues and bifurcation issue raised by plaintiff prior to trial. | $450.00 | $7,650.00 |
| 5/18/2021 | 1.0 | Victoria Engleman | Confer with John Stembridge and court reporter on redacting/editing Michael Autry deposition transcript and video; attempt to do same. | $100.00 | $100.00 |
| 5/19/2021 | 13.2 | Lisa Taylor | Preparation for and attentance at trial including cross examination of witnesses, JMOL arguments, charge conference, work on verdict form, closing arguments, jury charges, jury deliberations, and verdict | $450.00 | $5,940.00 |
| 5/19/2021 | 12.0 | John Stembridge | Attend trial, closing arguments, verdict; research issues (work on closing argument exhibits and outline with Lisa Taylor, attend charge conference and confer with defendant's counsel regarding jury instructions and verdict form, review and revise verdict form) | $450.00 | $5,400.00 |
| 5/20/2021 | 0.9 | Lisa Taylor | Review post-trial docket entries; confer with John Stembridge regarding next steps in process following jury verdict; review correspondence between opposing counsel and court regarding application of damage caps under Title VII; correspond with opposing counsel regarding status of case post-verdict; begin work on fee petition | $450.00 | $405.00 |
| 5/20/2021 | 0.4 | John Stembridge | Review email from Court regarding damage cap; confer with Lisa Taylor regarding same. | $450.00 | $180.00 |
| 5/21/2021 | 1.0 | Victoria Engleman | Prepare first draft of Motion for Attorney Fees and Costs | $100.00 | $100.00 |
| 5/21/2021 | 0.3 | Lisa Taylor | Confer with John Stembridge regarding defense counsel email on post-trial motions |  |  |
| 5/21/2021 | 0.8 | John Stembridge | Conduct call with Lisa Taylor regarding defense counsel's email addressing post-trial motions, and review draft motion for attorney's fees. | $450.00 | $360.00 |
| 5/23/2021 | 0.3 | Lisa Taylor | Draft email to opposing counsel regarding terms of settlement of FLSA claims and stipulation of employee headcount in relation to Title VII damage caps | $450.00 | $135.00 |
| 5/23/2021 | 0.5 | John Stembridge | Correspond with Pat White and Lisa Taylor regarding settlement of overtime claim and number of employees for damage cap. | $450.00 | $225.00 |
| 5/24/2021 | 0.6 | John Stembridge | Review emails from Pat White with forms related to damage cap and review multiple filings by court related to trial. | $450.00 | $270.00 |
| 5/26/2021 | 0.4 | John Stembridge | Review email from Susan White with letter from Pat White regarding damages to be paid to plaintiff, and regarding handing of attorney's fees, and attaching a proposed FLSA settlement agreement, motion to approve and order; review and revise the agreement, motion and order; prepare email to Lisa Taylor regarding defendant's proposal for handling fees and revisions to motion. | $450.00 | $180.00 |
| 5/26/2021 | 1.8 | Lisa Taylor | Review employee census data and related correspondence from Pat White; review proposed settlement agreement regarding FLSA claims and related motion and proposed order and mark suggested changes on same; confer and strategize with John Stembridge regarding reliability of census data and terms of proposed FLSA documents; research how employees are counted for Title VII damage cap purposes; correspond with court regarding status of stipulation | $450.00 | $810.00 |
| 5/26/2021 | 0.3 | John Stembridge | Review email from Kari Butler requesting stipulation to number of employees so that the Court can enter judgment; confer with Lisa Taylor regarding "census reports" provided by defense counsel listing employees for 2017-18 (but not including Melanie Johnston), and discussing other reports (i.e. quarterly GA DOL reports) that show number of employees. | $450.00 | $135.00 |
| 5/26/2021 |  | Victoria Engleman | Court reporter and videographer for Michael Autry deposition |  |  |
| 5/26/2021 | 1.5 | Lisa Taylor | Work on fee petition | $450.00 | $675.00 |
| 5/27/2021 | 0.3 | Lisa Taylor | E-mail correspondence with Pat White regarding status of FLSA settlement and approval documents and execution of settlement agreement and regarding employee headcount documents | $450.00 | $135.00 |

| Date | Hours | Timekeeper | Description | Rate | Amount |
|---|---|---|---|---|---|
| 5/28/2021 | 0.2 | Victoria Engleman | Prepare FLSA Agreement for signing by parties. | $100.00 | $20.00 |
| 6/1/2021 | 0.3 | Lisa Taylor | Review rules regarding submission of fee petitions and conduct brief legal research in connection with same | $450.00 | $135.00 |
| 6/3/2021 | 0.1 | Victoria Engleman | Correspond with opposing counsel on status of FLSA Agreement execution. | $100.00 | $10.00 |
| 6/14/2021 | 1.2 | Lisa Taylor | Review records regarding employee headcount and correspondence from opposing counsel regarding same; confer with co-counsel regarding strategy relative to stipulation; review draft stipulation and related correspondence from opposing counsel; draft proposed revisions to stipulation; review final versions of FLSA settlement agreement, motion for approval, and proposed order prior to filing | $450.00 | $540.00 |
| 6/14/2021 | 0.3 | John Stembridge | Review DOL EEO-1 reports filed by defendant for purposes of determining statutory caps to apply to damages awarded on Title VII claims, review correspondence and proposed stipulation from defense counsel, and review and comment on proposed stipulation. | $450.00 | $135.00 |
| 6/14/2021 | 0.2 | Victoria Engleman | Finalize and file Consent Motion for Stipulated Dismissal and Approval of FLSA Settlement Agreement. | $100.00 | $20.00 |
| 6/15/2021 | 0.2 | Lisa Taylor | Review order on FLSA settlement and final judgment as entered by court; review relevant rules and alendar deadline for bill of costs and fee petition | $450.00 | $90.00 |
| 6/17/2021 | 0.5 | Lisa Taylor | Work on determining total amount of fees incurred in relation to anticipated negotiations regarding same or fee petition | $450.00 | $225.00 |
| 6/18/2021 | 0.4 | Lisa Taylor | Continue work on time records for purposes of fee negotiation and/or petition | $450.00 | $180.00 |
| 6/18/2021 | 1.2 | John Stembridge | Review and work on time records for purposes of fee petition | $450.00 | $540.00 |
| 6/20/2021 | 0.4 | Lisa Taylor | Work on finalizing time records for purposes of negotiation and/or fee petition | $450.00 | $180.00 |
| 6/28/2021 | 0.9 | Lisa Taylor | Correspond with Pat White regarding status of negotiation over fee and cost recovery; work on fee petition | $450.00 | $405.00 |
| 6/29/2021 | 4.4 | Lisa Taylor | Draft and revise fee petition; draft motion for fees and finalize same for filing; confer with John Stembridge regarding content of brief in support of motion to recover fees and procedure for filing same | $450.00 | $1,980.00 |
| 7/9/2021 | 0.3 | Lisa Taylor | Legal research regarding recoverable costs and work on Bill of Costs; communicate with Victoria Engleman regarding tasks to complete in relation to same | $450.00 | $135.00 |
| 7/12/2021 | 0.2 | Lisa Taylor | Review documentation prepared by Victoria Engleman in connection with Bill of Costs; additional legal research on taxable costs; correspond with court and opposing counsel regarding scheduling of phone conference | $450.00 | $90.00 |
| 7/12/2021 | 1.0 | Victoria Engleman | Draft Bill of Costs with itemization spreadsheet, mileage spreadsheet, copying costs spreadsheet, and compiled receipts. | $100.00 | $100.00 |
| 7/12/2021 | 0.3 | Victoria Engleman | Correspond with Westlaw regarding Johnston research fees | $100.00 | $30.00 |
| 7/13/2021 | 0.2 | Victoria Engleman | Review Westlaw reports for Johnston research charges; communicate with Lisa and John regarding same. | $100.00 | $20.00 |
| 7/13/2021 | 0.1 | Lisa Taylor | Review email correspondence from opposing counsel regarding preparation for telephone conference with the court | $450.00 | $45.00 |
| 7/14/2021 | 0.4 | Lisa Taylor | Review and revise bill of costs and supporting documentation and review relevant statutes in connection with same | $450.00 | $180.00 |
| 7/14/2021 | 0.1 | Victoria Engleman | Communicate with Hampton Inn regarding receipt for Bill of Costs | $100.00 | $10.00 |
| 7/15/2021 | 0.1 | Victoria Engleman | File Bill of Costs | $100.00 | $10.00 |
| 7/23/2021 | 0.2 | Lisa Taylor | Review email from Pat White with offer to pay 50% of attorney fees and confer with John Stembridge regarding strategy for response to same | $450.00 | $90.00 |
| 7/26/2021 | 1.6 | Lisa Taylor | Draft emails to Pat White regarding negotiation of fees and costs; legal research in connection with same | $450.00 | $720.00 |
| 7/27/2021 | 2.8 | Lisa Taylor | Work on drafting declarations of Cheryl Legare and myself in support of fee petition | $450.00 | $1,260.00 |
| 7/28/2021 | 3.5 | Lisa Taylor | Review email from opposing counsel regarding status of negotiations on fees and costs; draft email to the Court with update regarding same; continue drafting declarations for fee petition; legal research for fee petition including on fee awards and on admissibility of settlement discussions; draft and revise brief in support of fee request | $450.00 | $1,575.00 |
| 7/29/2021 | 2.9 | Lisa Taylor | Revise brief in support of fee petition and continue conducting legal research in connection with same; correspond with court regarding extension of time to file supporting documentation for fee petition and regarding amendment of bill of costs; draft motion for extension of time to file supporting documentation for fee petition | $450.00 | $1,305.00 |
| 7/30/2021 | 0.2 | Victoria Engleman | Amend Bill of Costs and file with the Court. | $100.00 | $20.00 |
| 8/4/2021 | 1.0 | Lisa Taylor | Continue work on brief in support of fee petition; confer with John Stembridge and Victoria Engleman regarding status of same and plans for completion | $450.00 | $450.00 |
| 8/4/2021 | 0.4 | John Stembridge | Confer with Lisa Taylor and Victoria Engleman regarding status of fee petition and supporting documentation and plans for completion. | $450.00 | $180.00 |
| 8/4/2021 | 0.4 | Victoria Engleman | Confer with John Stembridge and Lisa Taylor regarding status of fee petition and supporting documentation and plans for completion. | $100.00 | $40.00 |
| 8/5/2021 | 0.2 | Lisa Taylor | Correspond with Holly Pierson regarding declaration in support of fee petition | $450.00 | $90.00 |
| 8/5/2021 | 5.6 | Lisa Taylor | Continue revising brief in support of fee petition; review and revise declaration and finalize same; review time entries again prior to finalizing; confer with John Stembridge and Victoria Engleman regarding all aspects of finalizing fee petition; review , finalize and approve filing | $450.00 | $2,520.00 |
| 8/5/2021 | 1.0 | John Stembridge | Review and revise motion for award of attorney's fees and draft own declaration in support of motion; research case law in support of arguments for fees | $450.00 | $450.00 |
| 8/5/2021 | 3.2 | John Stembridge | Revise and finalize declaration in support of fee petition; review and revise fee petition; complete final review of time on spreadsheet and remove duplicative hours. | $450.00 | $1,440.00 |
| 8/5/2021 | 1.0 | Victoria Engleman | Prepare draft of Holly Pierson's declaration in support of fee petition; review and revise billed time spreadsheet | $100.00 | $100.00 |
| Trial dates | | Holly Pierson | Trial counsel/consultant flat fee - consulting and advising services in preparation for and during trial | | $5,000.00 |

| | 510.9 | | | | |
|---|---|---|---|---|---|
| | | | | | $220,135.00 |