UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MELANIE JOHNSTON,<br>               Plaintiff,<br><br>vs.<br><br>PYE CARS OF DALTON, INC, ET AL,<br>               Defendants. | CIVIL ACTION FILE<br><br>NO. 4:19-CV-126-WEJ |

J U D G M E N T

This action having come before the court, the Honorable Walter E. Johnson, United States Magistrate Judge, for consideration of Motion for Attorney's Fees, and the court having granted said motion, it is

**Ordered and adjudged** that plaintiff recover from defendants $227,160 as reasonable attorney's fees.

Dated at Rome, Georgia this 29th day of September, 2021.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT


                                              By: s/Kari Butler_
                                                   Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
September 29, 2021
Kevin P. Weimer
Clerk of Court


By:  s/Kari Butler
       Deputy Clerk