# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 15, 2021

Clerk - Northern District of Georgia
U.S. District Court
600 E 1ST ST
STE 304
ROME, GA 30161

Appeal Number: 21-13812-D
Case Style: Melanie Johnston v. Pye Cars of Dalton, Inc.
District Court Docket No: 4:19-cv-00126-WEJ

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D
Phone #: (404) 335-6189

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-13812-D

_____

MELANIE JOHNSTON,

                                                    Plaintiff - Appellee,

versus

PYE CARS OF DALTON, INC.,

                                                    Defendant - Appellant,

LIONEL F. PYE, JR.,

                                                    Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Pye Cars of Dalton, Inc.'s motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective November 15, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                    FOR THE COURT - BY DIRECTION